## ORGEBY HOLLBY *v.* COMMISSIONER OF CORRECTION

The petitioner Orgeby Hollby's petition for certification for appeal from the Appellate Court, 98 Conn. App. 751 (AC 26950), is denied.

*Craig A. Barton,* special public defender, in support of the petition.

Decided January 25, 2007

## WADE A. SHEPARD *v.* WETHERSFIELD OFFSET, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 682 (AC 27083), is denied.

*Robert M. Fitzgerald,* in support of the petition.

Decided January 25, 2007

## JUSTINIAN RWEYEMAMU *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 646 (AC 27108), is denied.

*Harold H. Burbank II,* in support of the petition.

*Charles Krich* and *Meredith G. Diette,* in opposition.

Decided January 25, 2007